

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-21-00461-CR

D'Andria **BALDERRAMA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6542
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On May 9, 2022, Appellant filed a motion to supplement the clerk's record with records relating to a pro se post-conviction writ in cause number 2018CR6542-W1.

To supplement the appellate record with "a relevant item," Appellant "may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item[s]." *See* TEX. R. APP. P. 34.5(c)(1).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court